Hogan,CJ

Anthony J. Irving
NAME

93 cr 00447-02
CRIMINAL CASE NUMBER

18804-016
PRISON NUMBER

U.S. Penitentiary-ADX
PLACE OF CONFINEMENT

**FILED**

SEP - 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony J. Irving    )
(Full Name)          )
            Petitioner )
                     )
        v.           )      CR
                     )      Civil Action No. 03-447
                     )      (To be supplied by Clerk
Warden R. Wiley      )      United States District Court)
(Name of Warden, Superintendent, )
Jailor, or authorized person having )
custody of petitioner) )         CASE NUMBER  1:05CV01822
            Respondent )
                                 JUDGE: Thomas F. Hogan

                                 DECK TYPE: Habeas Corpus/2255

(If petitioner has a sentence to be served in the future under a F
should file a motion in the Federal Court which entered the judgment)    DATE STAMP: 09/14/2005

PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY
IN THE DISTRICT OF COLUMBIA OR IN LORTON REFORMATORY

INSTRUCTIONS--PLEASE READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED
SEP - 13 2005
NCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT